**Lisa A. FRISON; Ellis S. Frison, Jr., Plaintiffs—Appellants,**

v.

**RYAN HOMES; NVR, Incorporated; KBM Financial Group, LLC, Defendants—Appellees.**

No. 04–2480.

United States Court of Appeals,
Fourth Circuit.

Submitted April 14, 2005.

Decided April 19, 2005.

E. Scott Frison, Jr., Washington, DC, for Appellants. Jeffrey Marc Mervis, Mervis & Associates, Rockville, Maryland; Bonnie Hochman Rothell, Krooth & Altman, Washington, DC, for Appellees.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Lisa A. Frison and Ellis S. Frison, Jr., appeal the district court's orders denying their request for a temporary restraining order and injunctive relief, granting summary judgment to defendants and awarding sanctions against them pursuant to Fed.R.Civ.P. 11, and denying their motion for recusal. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Frison v. Ryan Homes,* No. CA–04–350–AW (D.Md. filed Feb. 23, 2004 & entered Feb. 24, 2004; filed Oct. 29, 2004 & entered Nov. 1, 2004; Nov. 10, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*